UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-08866-ODW (PDx) | Date | March 11, 2026 |
|---|---|---|---|
| Title | *Benjamin A. Brooks v. Illumination Foundation et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**            **In Chambers**

On December 10, 2025, the Court warned Brooks that he must serve Defendants no later than March 10, 2026.  (*See* Order Den. Appointment Counsel, Dkt. No. 13.)  As of the date of this Order, Brooks has not filed a proof of service.  Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, no later than **March 25, 2026**, why the Court should not dismiss this action based on Plaintiff's failure to serve the Complaint.  No hearing will be held. The Court will discharge this order upon the filing of a timely proof of service or a demonstration of good cause why timely service has not been made, supported by declaration under penalty of perjury.  Failure to timely or adequately respond to this Order may result in the dismissal of the action without further warning.

Brooks is advised that the Federal Pro Se Clinic offers free information and guidance to individuals who are representing themselves in federal civil actions.

The Santa Ana Clinic is located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055 (first floor), Santa Ana, CA 92701.  The Clinic operates by appointment or by walk-in on Thursdays from 10:00 A.M. to 12:00 P.M. and 1:30 P.M. to 3:30 P.M.  Appointments are available by calling the Clinic at (714) 541-1010, ext. 222.

Public Counsel's Federal Pro Se Clinic is located on the terrace level of the Roybal Courthouse and Federal Building at 255 East Temple St., Suite 170, Los Angeles, CA 90012. The Clinic has walk-in hours on Wednesdays: 10:00 a.m.–12:00 p.m. and 1:00 p.m.–3:00 p.m. To request assistance through the Federal Pro Se Clinic, Brooks also may submit an online

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-08866-ODW (PDx) | Date | March 11, 2026 |
|----------|--------------------------|------|----------------|
| Title | *Benjamin A. Brooks v. Illumination Foundation et al* | | |

intake at: Application for Services | Public Counsel (https://publiccounsel.org/services/federal-court/application-for-services/) or call the Clinic's message and information line and leave a detailed message: (213) 385-2977 ext. 270.  Information about the Clinic's Zoom drop-in hours is posted on Public Counsel's website at: Federal Court - Public Counsel (https://publiccounsel.org/services/federal-court/).

Brooks is encouraged to visit either clinic or otherwise consult with an attorney prior to serving Defendants.

**IT IS SO ORDERED**.

: 00

Initials of Preparer    SE